1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  2150 SIGOURNEY JOSSIAH -        )  Case No. 06-CV-1816-BTM (JMA)
    FRANCIS LEE ASSOCIATION, SUING  )
12  ON BEHALF OF THEODORE A.        )  **ORDER RE INFORMAL DISCOVERY,**
    PINNOCK AND ITS MEMBERS; et     )  **MEET AND CONFER BETWEEN THE**
13  al.,                            )  **PARTIES, AND FURTHER TELE-**
                                    )  **PHONIC CASE MANAGEMENT**
14              Plaintiffs,         )  **CONFERENCE**
                                    )
15  v.                              )
                                    )
16  SOLANA BEACH DO IT YOURSELF DOG )
    WASH, INC.; et al.,             )
17                                  )
                Defendants.         )
18                                  )
    _____)
19

20        The Court conducted a telephonic Case Management Conference

21  on July 13, 2007.  After conferring with counsel for the parties,

22  the Court **ORDERS** the following:

23        (1)  Not later than thirty (30) days from the date of this

24             Order, Plaintiff's expert shall be permitted to inspect

25             the subject property for the purpose of determining

26             whether any access issues alleged in the Complaint

27             remain in dispute.

28  //

                                                      06cv1816

(2) Following the inspection, counsel for the parties shall meet and confer regarding (a) any access issues that remain in dispute and (b) settlement of the entire action, including monetary issues.  The meet and confer process shall include the exchange of monetary offers to settle the entire action.

(3) The Court will conduct a further telephonic Case Management Conference on **August 22, 2007** at **9:00 a.m.** At that time, the parties shall report to the Court regarding any remaining access issues and the status of settlement of the entire action.  If the parties report that the entire action cannot be settled, the Court will issue a pretrial schedule.  Formal discovery shall be stayed pending the August 22, 2007 Case Management Conference.

DATED:  July 13, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv1816